1088

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN LAWRENCE BOOTH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-02979-7, Kathryn J. Nelson, J., entered November 15, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Bridgewater, J.

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LYNN PETERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 01-1-00155-2, Rebecca M. Baker, J., entered June 7, 2002. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Kurtz, J.

THE STATE OF WASHINGTON, *Respondent*, v. SHANNON BRUCE MORLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-01587-8, Richard J. Schroeder, J., entered August 15, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Sweeney, J.